UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVA A. RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>OLYMPIC HEALTH MANAGEMENT SYSTEMS, INC., a Washington Corporation and STERLING LIFE INSURANCE COMPANY, a Delaware Corporation,<br><br>    Defendants. | NO. CV-07-3044-EFS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Ct. Rec. 316), filed October 12, 2009. Based on the Stipulation, **IT IS HEREBY ORDERED**:

1) The Stipulation of Dismissal with Prejudice **(Ct. Rec. 316)** is **GRANTED**.

2) Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and without fees or costs awarded to either party.

3) All pending motions are **DENIED** as moot.

4) All trial and hearing dates are **STRICKEN**.

5) This file shall be closed.

ORDER * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and distribute copies to counsel.
   **DATED** this 13th day of October 2009.

3

4

5                           S/ Edward F. Shea
                             EDWARD F. SHEA
6                      United States District Judge

7  Q:\Civil\2007\3044.Stip.Dismiss.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER * 2